UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JOVAN ROSS

Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 Mag 04453 (UA )

Defendant **Jovan Ross** hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

__X_  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer


Jovan Ross by *Susanne Brody*
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Jovan Ross
Print Defendant's Name

*Susanne Brody*
Defendant's Counsel's Signature

Susanne Brody
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

April 26, 2021
Date

*Andrew Krause*
The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York